## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. LINDSAY and LINDSAY, RAPPAPORT & POSTEL LLC, | ) ) ) | |
| Plaintiffs, | ) ) | No. 13 C 1210 |
| v. | ) ) ) | Judge Ronald A. Guzmán |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF THE TREASURY, NEAL WOLIN, in his official capacity as Secretary of the United States Department of the Treasury, UNITED STATES DEPARTMENT OF LABOR, and SETH D. Harris, in his official capacity as Acting Secretary of the United States Department of Labor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED PRELIMINARY INJUNCTION

By agreement of the parties, the Court preliminarily enjoins defendants from enforcing 45 C.F.R. § 147.130(a)(1)(iv), confirmed at 77 Fed. Reg. 8725 (Feb. 15, 2012), which requires employee health plans to include "coverage, without cost-sharing, for all Food and Drug Administration approved contraceptive methods, sterilization procedures and patient education and counseling for all women with reproductive capacity, as prescribed by a provider" in plan years beginning on or after August 1, 2012, pending the Seventh Circuit's decision in the consolidated appeals in *Korte v. Sebelius*, No. 12-3841 and *Grote v. Sebelius*, No. 13-077.

This injunction will remain in effect until thirty days after the Seventh Circuit issues the mandate in the *Korte* and *Grote* appeals.

**SO ORDERED.**                    **ENTER:  March 20, 2013**


**HON. RONALD A. GUZMAN**
**United States District Judge**