IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM C. LINDSAY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-01210 |
| ) | |
| SYLVIA M. BURWELL, *et al.* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all other claims against defendants should be dismissed, and that the deadline for any petition by plaintiffs for attorneys' fees or costs should be extended to 60 days after judgment is entered. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment, which has been agreed to by all parties. The parties further request that the pending October 20, 2014 deadline for submission of a joint status report be vacated.

Respectfully submitted this 15th day of October, 2014,

*Attorneys for Plaintiffs*

 /s/ Francis J. Manion
Francis J. Manion
Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 549-7020; Fax: (502) 549-5252
fmanion@aclj.org, gsurtees@aclj.org

Edward L. White III
AMERICAN CENTER FOR LAW & JUSTICE
5068 Plymouth Rd.
Ann Arbor, MI 48105
Tel: (734) 662-2984; Fax: (734) 302-1758
ewhite@aclj.org


*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

 /s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

Attorneys for Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

    /s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney